B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Somerset Hills Residential Treatment Center, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**22-3811831** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1275 Boundbrook Road**<br>**Suite 1**<br>**Middlesex, NJ**                         ZIP Code **08846** | Street Address of Joint Debtor (No. and Street, City, and State):                         ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                         ZIP Code | Mailing Address of Joint Debtor (if different from street address):                         ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br> in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br> of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br> of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br> under Title 26 of the United States<br> Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts,<br> defined in 11 U.S.C. § 101(8) as<br> "incurred by an individual primarily for<br> a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br> attach signed application for the court's consideration certifying that the<br> debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br> Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br> attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br> are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br> in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br> there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Somerset Hills Residential Treatment Center, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13) | | Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Somerset Hills Residential Treatment Center, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ John S. Mairo** _____
Signature of Attorney for Debtor(s)

**John S. Mairo JM-0082**
Printed Name of Attorney for Debtor(s)

**Porzio, Bromberg & Newman, PC**
Firm Name

**100 Southgate Parkway**
**Morristown, NJ 07962-1997**

_____
Address

**(973) 538-4006  Fax: (973) 538-5146**
Telephone Number

**July 25, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Ryan Kimmins** _____
Signature of Authorized Individual

**Ryan Kimmins**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 25, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re   **Somerset Hills Residential Treatment Center, Inc.**                    Case No.

                                                            Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Bank of America N A c/o Daniel F. Flores Wilson Elser Moskowitz Edelman & Dicker 150 East 42nd Street New York, NY 10017** | **Bank of America N A c/o Daniel F. Flores Wilson Elser Moskowitz Edelman & Dicker New York, NY 10017** | **Lots 66 and 66.01, Block 71 Warren, NJ** | **Disputed** | **1,890,000.00 (Unknown secured)** |
| **Focal Lighting 82 Morning Glory Warren, NJ 07059** | **Focal Lighting 82 Morning Glory Warren, NJ 07059** | | | **319.59** |
| **Friends of Glen Grey 200 Midvale Mountain Road Mahwah, NJ 07430** | **Friends of Glen Grey 200 Midvale Mountain Road Mahwah, NJ 07430** | | | **4,500.00** |
| **JCP&L 80 Park Plaza P.O. Box 570 Newark, NJ 07101** | **JCP&L 80 Park Plaza P.O. Box 570 Newark, NJ 07101** | **Utility** | | **770.03** |
| **Macintosh Linen & Uniform PO Box 91290 Allentown, PA 18109** | **Macintosh Linen & Uniform PO Box 91290 Allentown, PA 18109** | | | **334.00** |
| **Nissan Motor Acceptance Corp. PO Box 660360 Dallas, TX 75266-0360** | **Nissan Motor Acceptance Corp. PO Box 660360 Dallas, TX 75266-0360** | | | **3,164.42** |
| **Pension Benefits Guaranty Corp. Office of the Chief Counsel 1200 K. Street, N.W. Washington, DC 20005** | **Pension Benefits Guaranty Corp. Office of the Chief Counsel 1200 K. Street, N.W. Washington, DC 20005** | | **Disputed** | **1,000,000.00** |
| **Petro PO Box 8920 Melville, NY 11747-8920** | **Petro PO Box 8920 Melville, NY 11747-8920** | | | **2,137.93** |
| **Sebco 7 Johnson Drive Raritan, NJ 08869** | **Sebco 7 Johnson Drive Raritan, NJ 08869** | | | **Unknown** |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Somerset Hills Residential Treatment Center, Inc.**                          Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 25, 2014**                          Signature   **/s/ Ryan Kimmins**
                                                                  **Ryan Kimmins**
                                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Akwasei Yeboah
110 Mill Run East
Hightstown, NJ 08520


Amirah Yancey
71 Marcy Avenue
East Orange, NJ 07017


Andrew Filtcraft
1053 So. Orchard Rd.
Vineland, NJ 08360


Antonio Wilson
400 Chandler Avenue
Linden, NJ 07036


Aracelli Coro
321 Lee Place
Plainfield, NJ 07063


Arilee Francois
119 N. 14th Street
East Orange, NJ 07017


Asha Griffith
87 East Emerson Avenue
Rahway, NJ 07065


Bank of America N A
c/o Daniel F. Flores
Wilson Elser Moskowitz Edelman & Dicker
150 East 42nd Street
New York, NY 10017


Bank of America N.A.
100 N. Tryon St.
NC1-007-13-01
Charlotte, NC 28255


Bank of America N.A.
Farmington - Attn: Records Retention
70 Batterson Park Rd.
Farmington, CT 06032

Beata Wilczynski
53 Mount Horeb Road
Warren, NJ 07059


Brandon Pierson
557 Hanson Avenue
Piscataway, NJ 08854


Brandyn Adams
469 West 4th Street
Plainfield, NJ 07060


Brian Lanni
64 Weehawken Ave.
Middletown, NJ 07748


Bruce Fornelius
56 Knob Hill Rd.
Hackettstown, NJ 07840


Carmen Fernandez
3 Folkstone Court
North Brunswick, NJ 08902


Carmen Sican
39 Fairview Avenue
Plainfield, NJ 07060


Charles Stieg
3208 Astor Close
Hillsborough, NJ 08844


Chimezie Nwosu
29 Shepard Terrace
West Orange, NJ 07052


Cruz Serrano
515 West 7th Street, apt 302
Plainfield, NJ 07060


Da'kita Johnson
244 Chadwick Avenue, Apt 4P
Newark, NJ 07108

Danielle Langford
P.O. Box 563
Rahway, NJ 07065

Dave Giacomin
114 South 7th St.
Manville, NJ 08835

David Lizaire
1437 Rustic Drive
#2
Ocean, NJ 07712

David Smelko

Deborah Harden
1339 Wayne Street
Easton, PA 18045

DeCotiis, Fitzpatrick, Cole, Wisler, LLP
Glenpoint Centre West
500 Frank W. Burr Blvd.
Attn: Michael A. Gallo, Esq.
Teaneck, NJ 07666

Denise Knotts
26 Valley Rd.
Hampton, NJ 08827

Dianne Holzman
18 Nunn Ave.
Washington, NJ 07882

Ditchman Ford Lincoln Mercury
Rt 202 & 31 South
Flemington, NJ 08822

Djony Defendre
133 Florence Avenue
Irvington, NJ 07111

Dolores Hayden
240 Carol Rd.
North Plainfield, NJ 07062

Douglas Osborne
17 North Gate Dr.
Englishtown, NJ 07726


Ebeneezer Slippe
66 Sheridan Street
Irvington, NJ 07111


Eric Cook
102 St. Laurent Dr.
Clark, NJ 07066


Fernando Clavijo
813 Monroe Ave.
Plainfield, NJ 07063


Focal Lighting
82 Morning Glory
Warren, NJ 07059


Friends of Glen Grey
200 Midvale Mountain Road
Mahwah, NJ 07430


Gary Smoke
11 Edgewood Road
Edison, NJ 08820


Geri Gilbert
74 Jamestown Rd.
Basking Ridge, NJ 07920


Greg Wolfe
69 Crescent Dr.
Bound Brook, NJ 08805


Gregg Defrancesco
108 Front Street
South Plainfield, NJ 07080


Gregory Lange
450 Elm St.
Stirling, NJ 07980

Helen Preston
539 West 4th Street
Plainfield, NJ 07060


Hilda Villagran
1165 Route 22, Apt 5.
Plainfield, NJ 07060


Ida Smith
1410 Shirley Street
Plainfield, NJ 07062


Iesha Green
723 Van Buren Road
Linden, NJ 07036


Jacqueline Watson
1519 Schley Street, Apt 2
Hillside, NJ 07205


Jaime Illidge
431 Abington Avenue
Bloomfield, NJ 07003


James Cerny
1103 Ramapo Brae Ln
Mahwah, NJ 07430


Janet Foley
1517 Long Beach Ave.
Lakewood, NJ 08701


JCP&L
80 Park Plaza
P.O. Box 570
Newark, NJ 07101


Jean Clervois
1412 White Pine Court
Cedar Knolls, NJ 07927


Jean Desire
1915 Axton Avenue
Union, NJ 07083

John Barrett
825 Schuyler Avenue, Apt 2
Kearny, NJ 07032


Joshua Mercer
145 Oak Ridge Rd.
Oak Ridge, NJ 07438


Joshua Sheppard
108 Waynewood Road
Plainfield, NJ 07060


Justin Dobish
9049 New York Ave.
Apt. 2
North Bergen, NJ 07047


Karen Dellera
1275 Rock Ave.
Apt. G3
North Plainfield, NJ 07060


Kevin Gray
100 Westervelt Avenue, 2nd Floor
Plainfield, NJ 07060


Kevin Quinn
70 Post Kennel Road
Far Hills, NJ 07931


Kim Kuhle
403 Ferncrest Court
Three Bridges, NJ 08887


Kristyna Badzula
16H Reler Lane
Somerset, NJ 08873


Latoya Harrison
15 Finlay Place
Newark, NJ 07106


Laurey Harrison

Lori Brickel
19 Dale Ave.
Washington, NJ 07882


Lorraine Caruso
236 Merchants Ave.
South Plainfield, NJ 07080


Lucterson Etienne
49 Krotik Place
Irvington, NJ 07111


Luis Garcia
409 A Street
Middlesex, NJ 08846


Lydia Delgado
467 Lincoln Avenue, Apt C104
Orange, NJ 07050


Macintosh Linen & Uniform
PO Box 91290
Allentown, PA 18109


Marc Cahill
15 Green Briar
Annandale, NJ 08801


Margie Rina-Hayes


Margie Tellez
516 1st St.
Dunellen, NJ 08812


Maria Adams
72 Martins Lane
Berkeley Heights, NJ 07922


Maria Jacinto
30 Interhaven Avenue
Plainfield, NJ 07060

Maria Melgar-Hernandez
1101 West Front Street
Plainfield, NJ 07063


Maria Torres
5 Pheasant Run
Green Brook, NJ 08812


Maria Villalta
203 Rock Avenue
Plainfield, NJ 07063


Marie Harlieb
42 Briar Circle
Green Brook, NJ 08812


Marisa Silva
29 Firestone Drive
Howell, NJ 07731


Maritza Garcia
610 Lee Place, Apt. 1
Plainfield, NJ 07060


Matinah Jones
6 Baldwin Avenue
Newark, NJ 07108


Maureen Whalen
10 Doris Place
Bloomfield, NJ 07003


Michael Adams
26 Valley Rd.
Hampton, NJ 08827


Michael Bateman
P.O. Box 85
Dunellen, NJ 08812


Michael Ellis
1950 William Street
Union, NJ 07083

Milagros Cabreja
P.O. Box 8067
Bridgewater, NJ 08807

Mirza Morales
203 Rock Ave.
Plainfield, NJ 07063

Morgan Osaji
1195 South 2nd Street
Plainfield, NJ 07063

Nancy Furnald
49 Regional Rd.
Annandale, NJ 08801

Nathan Lloyd
1609 Walnut Street
Belmar, NJ 07719

Nigel Wright
1882 Springfield Avenue
Maplewood, NJ 07040

Nissan Motor Acceptance Corp.
PO Box 660360
Dallas, TX 75266-0360

Norman Belton
397 Sandford Avenue
Newark, NJ 07103

Olga Marroquin
1118 Gresham Road
Plainfield, NJ 07060

Patricia Brown
229 Vermont Avenue
Irvington, NJ 07111

Patricia Tirado
813 Monroe Avenue
Plainfield, NJ 07063

Pension Benefits Guaranty Corp.
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, DC 20005


Petro
PO Box 8920
Melville, NY 11747-8920


Petro
40 Cragwood Road
South Plainfield, NJ 07080


Rene Wharton
2632 Cherry Lane, Apt. G2-8
Bethlehem, PA 18015


Richard Harden
1339 Wayne Street
Easton, PA 18045


Richard T. Mulcahey Jr. Esq.
Schubert, Gallagher, Tyler & Mulcahey
121 South Broad ST.
20th Floor
Philadelphia, PA 19107-4533


Ryan Kimmins
65 Blazier Rd.
Martinsville, NJ 08836


Salah Williams
129 Chancellor Avenue, B-1
Newark, NJ 07112


Samuel Themidor
1463 Walker Avenue
Union, NJ 07083


Sarah Mullins
340 N. 6th Avenue
Manville, NJ 08835

Sebco
7 Johnson Drive
Raritan, NJ 08869


Silifat Adekunle
6204 Downing St.
Parlin, NJ 08859


Sisters of Mercy of the Americas
Mid-Atlantic Community Inc.
515 Montgomery Ave.
Merion, PA 19066


Susan Kemp
19 Pheasant Brook Ct.
Bedminster, NJ 07921


Taeosha Cabbell
806 East Third Street
Plainfield, NJ 07060


Theresa Knox
240 Vermont Road
Irvington, NJ 07111


Tinesha Reves
1364 Marlborough Avenue
Plainfield, NJ 07060


Tykeita Ball
601 King Georges Road, 2nd Floor
Fords, NJ 08863


Valerie Fornelius
56 Knob Hill Rd.
Hackettstown, NJ 07840


Vanessa Ellis
614-6 West Eighth St.
Plainfield, NJ 07060


Vincent Smart
6 Shanley Avenue
Newark, NJ 07108

Vital Recovery Services
PO Box 923747
Peachtree Corners, GA 30010-7347


William Negron
1056 New Market Ave.
South Plainfield, NJ 07080

# United States Bankruptcy Court
## District of New Jersey

In re   **Somerset Hills Residential Treatment Center, Inc.**     Case No. _____

      Debtor(s)     Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Somerset Hills Residential Treatment Center, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 25, 2014** | **/s/ John S. Mairo** |
| Date | **John S. Mairo** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Somerset Hills Residential Treatment Center, Inc.** |
| | **Porzio, Bromberg & Newman, PC** |
| | **100 Southgate Parkway** |
| | **Morristown, NJ 07962-1997** |
| | **(973) 538-4006 Fax:(973) 538-5146** |